# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Aaron Miller v. Elon Musk

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. __Aaron Miller__ is a citizen of __New York/NJ__ who
   (Plaintiff)                                    (State)
presently resides at __307 Donato Circle__.
                        (mailing address)

2. Defendant __Elon Musk__ is a citizen of __Texas__
   (name of first defendant)                  (State)
whose address is _____.

3. Defendant _____ is a citizen of _____
        (name of second defendant)                                              (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

New Haven / The Graduate Hotel / Lounge
Stamford Hospital & AMC Theater

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Been harassed 24/7 since 2017 via tech provided by Elon. Poisoned constantly administered or caused by Elon. Followed and harassed state to state (NJ, NY, CT, NC, DC, Baltimore, Arizona, Florida, Puerto Rico, ETC)

First Lawsuit against Hollywood, Music Industry, Mark Zuckerberg Elon, ETC. Was taken from a USPS truck and the/some notorized papers were copied and all mailed back to my NJ address when the NYC address was on there & notorized papers not there but the copies came proving the 24/7 watch and his pull. I then was banned from calling the FBI phoneline & its almost as if the government agencies were protecting him from these crimes. I then filed a new lawsuit (Both in NYC) about him shopping a.i./ machine learning & ETC while he has chips & gets surgeons to put things in me illegally. Drugged, stuck w/ things etc Now NYC & Judge is denying to sign a motion to allow me to show evidence. A lot of this including hacking phone/emails/ harrassing took place partly herein NH & Stamford

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** I have evidence of corruption, bodily harm, bribery, 24/7 watch & tech including brain activity & thoughts

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

IC3 reports, FBI field office visits, FBI calls not taken, Video Evidence

**Claim II:** Chips in me illegally, marketing/shopping of A.I./Machine learning, poison, defamation, exploitation

Supporting Facts:
Video Evidence & ETC

3

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

- 30 Billion USD
- All involved held accountable for chips & leg/spine damage

### F. JURY DEMAND

Do you wish to have a jury trial?  Yes    No

_____          _____
Original signature of attorney (if any)            Plaintiff's Original Signature

_____          Aaron Miller
Printed Name                                              Printed Name



( )                                                            ( )
Attorney's full address and telephone        Plaintiff's full address and telephone


Email address if available                        Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on   3/18/25   .
                  (location)                                    (date)

                                                         _____
                                                         Plaintiff's Original Signature


(Rev.3/29/16)

5